UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MICHAEL B. BRYAN and DIANE SMITH,

                Plaintiffs,

                                                ORDER
  -against-                                   04 CV 3198 (ILG) (SMG)

FOLORUNSO OSEWA,

                Defendant.
-----------------------------------------------------------x
GLASSER, United States District Judge:

A Report and Recommendation of Magistrate Judge Gold dated July 22, 2005, recommended that this action be dismissed with prejudice for failure to prosecute; that objections, if any, must be filed and served within ten days of receipt of said Report and Recommendation, and that failure to do so would be regarded as a waiver of their right to appeal. As of this date, no objection has been filed.

Said Report and Recommendation is hereby approved and adopted in it's entirety and the Clerk of Court is directed to dismiss this case with prejudice.

SO ORDERED.

Dated:       Brooklyn, New York
               October 27, 2005

                                              S/ _____
                                                 I. Leo Glasser